UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

|  |  |  |
|---|---|---|
| ANTHONY L. HALL, JR., | : | CASE NO. 1:08-CR-85 |
|  | : | CASE NO. 1:15-CV-2037 |
| Petitioner, | : |  |
|  | : |  |
| vs. | : | OPINION & ORDER |
|  | : | [Resolving Doc. 67] |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Respondent. | : |  |
|  | : |  |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This Court denied Petitioner Anthony Hall's 28 U.S.C. § 2255.[1] Hall had argued that his Ohio aggravated robbery convictions did not qualify as violent felonies under the Armed Career Criminals Act,[2] but the Sixth Circuit recently rejected this exact argument in *United States v. Patterson*.[3]

Hall appealed this Court's decision, and now the Sixth Circuit asks whether this Court grants Hall a certificate of appealability.[4]

The Court certifies that no basis exists upon which to issue a certificate of appealability.[5]

IT IS SO ORDERED.

Dated: July 26, 2017     *s/    James S. Gwin*
                          JAMES S. GWIN
                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 62.
[2] Doc. 51.
[3] 2017 WL 1208425, at *3 (6th Cir. Apr. 3, 2017).
[4] Doc. 67.
[5] 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).